## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JOHN MILLER, individually,**
**and his wife, ANGELA MILLER,**

    **Plaintiffs,**

v.                                                    Case No. 8:05-cv-324-T-30TBM

**J ALLEN DANIELS d/b/a MS-FL**
**EXPRESS and JAMES W. MOONEY,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

The Court has been advised by Plaintiffs' counsel Scott Kallins that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 15, 2006.

                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-324.dismissal.wpd